**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1210**

JOSEPH GILREATH,

             Plaintiff - Appellant,

        v.

CUMBERLAND COUNTY BOARD OF EDUCATION,

             Defendant - Appellee,

        and

THOMAS HATCH; MICHAEL BAIN,

             Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (5:11-cv-00627-BR)

Submitted: November 30, 2015          Decided: January 5, 2016

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Gilreath, Appellant Pro Se. Daniel William Clark, Adam S. Mitchell, THARRINGTON SMITH LLP, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Gilreath filed a disability discrimination action against his employer, Cumberland County Board of Education ("CCBE"), pursuant to the Americans with Disabilities Act, raising a failure to accommodate claim and a retaliation claim. He appeals the district court's order granting CCBE's motion for a directed verdict on his failure to accommodate claim, the jury verdict in favor of CCBE on his retaliation claim, and the district court's order denying his various posttrial motions. We have reviewed the proceedings below, including the transcripts of the trial and the district court's orders, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gilreath v. Cumberland Cty. Bd. of Educ., No. 5:11-cv-00627-BR (E.D.N.C. Nov. 5, 2014; Nov. 7, 2014; Jan. 27, 2015). We further deny Gilreath's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED